# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

**In the matter of:**

      Robert Lanzieri,                                          Case No. 07-15540/MBK

                (Debtor)

**BUNCE D. ATKINSON, Trustee For The**                   Adversary No.
**Debtor Estate of Robert Lanzieri,**

                (Plaintiff)

    vs.

**Robert Lanzieri; Helene Lanzieri; Sal Lanzieri;**
**Koufas & Norgaard, LLC; Poles, Tublin, Stratakis,**
**Gonzalez, L.L.P. formerly Poles, Tublin, Stratakis**
**Gonzalez & Weichert, L.L.P.**

                (Defendants)

### SUMMONS AND NOTICE OF PRETRIAL CONF. IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this Summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the Complaint within 35 days.

| Address of Clerk | United States Bankruptcy Court, District of Trenton, 402 E. State St, Trenton, N.J. 08608 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Atkinson & DeBartolo, P.C.  The Galleria, 2 Bridge Avenue  P.O. Box 8415  Red Bank, NJ 07701 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankruptcy P. 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Address:** U.S. Bankruptcy Court District of Trenton 402 E. State Street Trenton, New Jersey 08608 | **Courtroom # 3** Date and Time |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR RELIEF DEMANDED IN THE COMPLAINT.**

                                              JAMES J. WALDRON, Clerk of US Bankruptcy Court

_____       BY:_____
Date                                                                           Deputy Clerk

MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2. THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE AND IN EACH COURTROOM. THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTER OF MEDIATORS AND APPLICABLE LOCAL RULES.